Robert W. Payne, Esq. (Bar No. 073901)
PAYNE IP LAW
111 N. Market Street, Suite 300
San Jose, CA   95113
Telephone: (408) 981-4293
E-Mail:  payne@bobpayne.com

Attorneys for Plaintiff
POWERTEQ, LLC

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
9/18/2015

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| POWERTEQ, LLC, | ) | NO.   15-cv-02673 YGR |
|---|---|---|
| Plaintiff, | ) | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | ) | |
| ALEXANDER VASSILIEV; VECTORS, INC., | ) | |
| Defendants. | ) | |

Plaintiff, POWERTEQ, LLC, hereby voluntarily dismissed this lawsuit, without prejudice, with each side to bear its own costs and fees.

Dated:  September 8, 2015            PAYNE IP LAW

                                       By_____/s/_____
                                             Robert W. Payne
                                             Attorneys for Plaintiff

15-cv-02673 YGR
NOTICE OF VOLUNTARY DISMISSAL

1